UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 01839
  MARY COX
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-6649

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/16/2004 and was confirmed 04/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.33% from remaining funds.

    The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED | .00 | .00 | .00 |
| JPMORGAN CHASE BANK/BANK | UNSECURED | 4284.82 | .00 | 546.11 |
| WASHINGTON MUTUAL HOME L | CURRENT MORTG | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2883.67 | .00 | 367.53 |
| CARSON PIRIE SCOTT | UNSECURED | 1832.60 | .00 | 233.57 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCC BUSINESS SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 2413.75 | .00 | 307.64 |
| USA ONE NATIONAL CREDIT | SECURED | 3529.41 | .00 | 3529.41 |
| WALINSKI & TRUNKETT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 451.74 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 8,346.00 | |
| PRIORITY | | 210.00 |
| SECURED | | 3,529.41 |
| UNSECURED | | 1,454.85 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 451.74 |
| DEBTOR REFUND | | .00 |
| TOTALS | 8,346.00 | 8,346.00 |

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 01839 MARY COX

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE